TEXACO, INC., A CORPORATION OF THE STATE OF DELAWARE, PLAINTIFF-RESPONDENT v. WILLARD B. APPLEGET, d/b/a BILL APPLEGET'S SERVICE CENTER, DEFENDANT-APPELLANT.

Argued June 4, 1973—Decided July 11, 1973.

*Mr. E. Robert Levy,* argued the cause for appellant (*Messrs. Marcus, Rosen, Breslow, Levy & Fischer,* attorneys).

*Mr. George H. Bohlinger, Jr.,* argued the cause for respondent.

PER CURIAM. We have this day decided *Shell Oil Company v. Marinello,* 63 *N. J.* 402 in which we held that the public policy of this State restricts the unilateral right of an oil company to terminate, cancel or fail to renew a lease and dealer agreement with one of its service station operators to a situation where "good cause" for such action exists.

This requires that the judgment of the Appellate Division herein, affirming a judgment for possession entered by the District Court in a summary action for the recovery of premises, be vacated and the matter remanded and transferred to the Law Division for a plenary hearing on the pertinent issues. See *N. J. S. A.* 2A:18–60 and 61.

*For vacation and remand*—Chief Justice WEINTRAUB, and Justices JACOBS, PROCTOR, HALL, MOUNTAIN, SULLIVAN and GARVEN—7.

*Opposed*—None.